424 A.2d 500

**Mary DEMETRIOU, Appellant,**

v.

**COMMONWEALTH of Pennsylvania et al.**

Supreme Court of Pennsylvania.

Argued Oct. 14, 1980.

Decided Jan. 27, 1981.

Bruce G. Cassidy, Philadelphia, for appellant.

Walter F. Froh, Herbert L. Olivieri, Asst. Attys. Gen., Stephen H. Skale, Asst. City Sol., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

Order of the Commonwealth Court entered November 29, 1979, vacated and, in accordance with the provisions of the Act of September 28, 1978, P.L. 788, No. 152, 1 Pa.C.S.A. § 2310, and 42 Pa.C.S.A. § 761, the matter is remanded to the Court of Common Pleas of Philadelphia County.